**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA   :   No. 44 MM 2019
                                              :
                                              :
v.                                      :

JOHN EUGENE PATRICK, III          :

PETITION OF: AARON N. HOLT,    :
ESQUIRE                                :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of August, 2019, in consideration of the Application to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Adams County for that court to determine whether John Eugene Patrick, III's present counsel should be permitted to withdraw.

    If present counsel is permitted to withdraw, the court is DIRECTED to resolve any issues relative to John Eugene Patrick, III being appointed counsel or granted leave to proceed *pro se*.

    The Court of Common Pleas of Adams County is DIRECTED to enter its order regarding this remand within 60 days and to promptly notify this Court of its determination.